No. 67853.—Cajo Trading Co. and Wheeler & Miller *v.* United States, protest 58/20748 (San Francisco).

Opinion by Oliver, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67854.—Madison Import Corp. *v.* United States, protest 61/2377 (Los Angeles).

Opinion by Oliver, C.J.  In accordance with oral stipulation of counsel that the merchandise, described on the invoice as "amp–15, Amplifiers, 'mello tone,'" consists of "electric guitar pick-ups" in chief value of metal, which are optional equipment for acoustical guitars and are suitable for producing, rectifying, modifying, controlling, or distributing electrical energy, the claim of the plaintiff was sustained.